UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DNF ASSOCIATES, LCC,

                **Plaintiff,**                23-CV-08655 (GHW) (VF)

     -against-                       **ORDER**

HSBC BANK USA, N.A.

                **Defendant.**

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On October 2, 2023, Plaintiff filed a Complaint. ECF No. 1. Plaintiff has not filed an Affidavit of Service, indicating that Defendant was served with the Amended Complaint. Plaintiff is directed to file an Affidavit of Service with the Court by **Thursday, November 09, 2023**.

**SO ORDERED.**

DATED:     New York, New York
               October 16, 2023

_____
VALERIE FIGUEREDO
United States Magistrate