USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                          :
DNF ASSOCIATES, LLC,                        :
                                                          :
                                      Plaintiff,       :                     1:23-cv-8655-GHW
                                                          :
                 -against-                             :                            <u>ORDER</u>
                                                          :
HSBC BANK USA, N.A.,                      :
                                                          :
                                      Defendants.   :
                                                          :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        On November 22, 2023, the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than December 6, 2023. Dkt. No. 14. Neither document has been submitted. Accordingly, the parties are directed to comply with the Court's November 22, 2023 order forthwith, and in no event later than December 14, 2023.

        SO ORDERED.

Dated: December 7, 2023
New York, New York

                                                          GREGORY H. WOODS
                                                          United States District Judge