# Holland & Knight

31 West 52nd Street | New York, NY 10019 | T 212.513.3200 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

Marc L. Antonecchia
(212) 513-3530
marc.antonecchia@hklaw.com

**Application Granted**

/s/ Valerie Figueredo, U.S.M.J.
DATED: January 9, 2024

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 25.

January 8, 2024

**VIA ECF AND E-MAIL**
Honorable Valerie Figueredo
United States Magistrate Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1660
New York, NY 10007
FigueredoNYSDChambers@nysd.uscourts.gov

Re:  *DNF Associates, LLC v. HSBC Bank USA, N.A.*
     **1:23-cv-08655-GHW-VF**

Dear Magistrate Judge Figueredo:

We represent defendant HSBC Bank USA, N.A. ("HSBC") in the above-referenced action. Pursuant to Rule 1.e of Your Honor's Individual Practices in Civil Cases, we submit this Letter-Motion (the "Motion") to request an adjournment of the Initial Case Management Conference scheduled for January 16, 2024 until such time that the Court issues a decision and order on the pending Motion to Dismiss the First Amended Complaint (Doc. No. 17). The request is made so that the parties may complete the briefing on the Motion to Dismiss and avoid incurring the costs associated with the conference and pre-trial discovery during the pendency of dispositive motion practice.

There have been no prior requests for an adjournment of the Initial Case Management Conference.

Plaintiff's counsel has consented to this request.

We thank the Court for its consideration and respectfully request that it grant the Motion.

Respectfully submitted,

/s/ Marc L. Antonecchia
Marc L. Antonecchia

cc:   All Counsel of Record