USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                :
DNF ASSOCIATES, LLC,                :
                :
              Plaintiff,     :        1:23-cv-8655-GHW
                :
    -against-       :        ORDER
                :
HSBC BANK USA, N.A.,               :
                :
              Defendant.  :
                :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On May 24, 2024, Plaintiff and Defendant each filed objections to Magistrate Judge Figueredo's April 26, 2024 report and recommendation. *See* Dkt. Nos. 36, 39–40. Any responses to the objections are due no later than May 31, 2024.

       SO ORDERED.

Dated: May 24, 2024
New York, New York

                                              GREGORY H. WOODS
                                         United States District Judge