**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

DNF ASSOCIATES, LLC,

                        Plaintiff,                    **23-CV-08655 (GHW) (VF)**

          -against-                                  **ORDER**

HSBC BANK USA, N.A.,

                        Defendant.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The parties were previously directed to submit a case management plan, but the initial case management conference was adjourned pending the Court's decision on Defendant's motion to dismiss. See ECF Nos. 20, 25, 26. Given that the Court issued a decision on July 16, 2024 (ECF No. 46), the parties are directed to meet and confer and submit to the Court an updated schedule for the completion of discovery in this case by no later than **Wednesday, October 23, 2024.**

      SO ORDERED.

DATED:    New York, New York
               October 1, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge